# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-07-00517-CV
NO. 03-07-00518-CV

**Walter Hall, Appellant**

**v.**

**U.S. National Association, as Trustee on behalf of the Holders of the Asset Backed Pass-Through Certificates, Series NC 2005-HE4, by its Attorney-in-Fact and Servicer-in-Fact, Select Portfolio Servicing, Inc., Appellee**

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
NOS. C-1-CV-07-008263 & C-1-CV-07-008482
HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 7, 2007, this Court filed appellant's notices of appeal and affidavits of indigence in these two causes. On January 29, 2008, after reviewing the clerk's records filed in both causes, we consolidated the causes for consideration, setting March 10, 2008 as the deadline for appellant's brief. On April 22, 2008, we sent appellant notice that his brief was overdue and informed him that the appeal would be dismissed for want of prosecution unless a motion for extension of time was filed by May 7, 2008. To date, appellant has not responded to our communications or filed his brief in this cause. We therefore dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Prosecution

Filed:   June 27, 2008